JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA DURKEE, individually on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCTI, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-2537-FMO-KS<br><br>**ORDER GRANTING STIPULATION [25] OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Upon consideration of the parties' Joint Motion, **IT IS HEREBY ORDERED THAT** the above-captioned action is voluntarily dismissed **WITHOUT** prejudice by Plaintiff Andrea Durkee and Defendant FCTI, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED:   June 11, 2024                             /s/
                                                                HON. FERNANDO M. OLGUIN
                                                                UNITED STATES DISTRICT JUDGE